**[Cite as *In re O.B.*, 2022-Ohio-2914.]**

IN THE COURT OF APPEALS

TWELFTH APPELLATE DISTRICT OF OHIO

WARREN COUNTY

| | | |
|---|---|---|
| IN RE: | : | |
| O.B., et al. | : | CASE NOS. CA2022-04-019 |
| | | CA2022-04-021 |
| | : | CA2022-04-022 |
| | : | <u>D E C I S I O N</u><br>8/22/2022 |
| | : | |
| | : | |

APPEAL FROM WARREN COUNTY COURT OF COMMON PLEAS
JUVENILE DIVISION
Case Nos. 21-D000060; 21-D000061; 21-D000062

Tibbs Law Office, LLC, and Sarah E. Michel, for appellant.

Ostrowski Law Firm, Co., L.P.A., and Andrea G. Ostrowski, for Mother.

Aaron Aldridge, for custodians.

Andrew J. Brenner, guardian ad litem.

David Fornshell, Warren County Prosecuting Attorney, and Michelle Belknap, Assistant Prosecuting Attorney, for Warren County Children Services.

**Per Curiam.**

{¶1} This cause came on to be considered upon a notice of appeal filed by

appellant, the transcript of the docket and journal entries, the transcript of proceedings and

original papers from the Warren County Court of Common Pleas, Juvenile Division, and upon the brief filed by appellant's counsel.

{¶2} Appellant's counsel has filed a brief with this court pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396 (1967), which (1) indicates that a careful review of the record from the proceedings below fails to disclose any errors by the trial court prejudicial to the rights of appellant upon which an assignment of error may be predicated; (2) lists three potential errors "that might arguably support the appeal," *Anders*, at 744, 87 S.Ct. at 1400; (3) requests that this court review the record independently to determine whether the proceedings are free from prejudicial error and without infringement of appellant's constitutional rights; (4) requests permission to withdraw as counsel for appellant on the basis that the appeal is wholly frivolous; and (5) certifies that a copy of both the brief and motion to withdraw have been served upon appellant.

{¶3} Having allowed appellant sufficient time to respond, and no response having been received, we have accordingly examined the record and find no error prejudicial to appellant's rights in the proceedings in the trial court. The motion of counsel for appellant requesting to withdraw as counsel is granted, and this appeal is dismissed for the reason that it is wholly frivolous.

M. POWELL, P.J., S. POWELL and BYRNE, JJ., concur.